UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
(at Lexington)

| | | |
|---|---|---|
| JAMES R. MAY, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 5: 21-182-DCR |
| | ) | |
| V. | ) | |
| | ) | |
| DANIEL AKERS, et al., | ) | **JUDGMENT** |
| | ) | |
| Defendants. | ) | |

\*\*\*   \*\*\*   \*\*\*   \*\*\*

In accordance with the Memorandum Opinion and Order entered this date, and pursuant to Rule 58 of the Federal Rules of Civil Procedure, it is hereby

**ORDERED** and **ADJUDGED** as follows:

1.      Defendants Daniel Akers, James Briggs, Troy Wilson, Ralph Clifton, Logan Williams, and Krystal Justice's motion for summary judgment [Record No. 98] is **GRANTED**.

2.      Judgment is entered in favor of the defendants with respect to all issues.

3.      This action is **DISMISSED** and **STRICKEN** from the docket.  This is a **FINAL** and **APPEALABLE** Judgment and there is no just cause for delay.

Dated: April 20, 2023.

Danny C. Reeves, Chief Judge
United States District Court
Eastern District of Kentucky

- 1 -